1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
   450 Golden Gate Avenue, Box 36055
7  San Francisco, California 94102
   Telephone: (415) 436-7071
8  Facsimile: (415) 436-7234
   Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

**FILED**

DEC 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,           ) CR No. 08-70837 EMC
                                         )
17 |         Plaintiff,                  ) STIPULATION AND [~~PROPOSED~~] ORDER
                                         ) EXCLUDING TIME UNDER FED. R. CRIM.
18 |    v.                               ) P. 5.1 and 18 U.S.C. § 3161
                                         )
19 | ERNESTO GALLEGOS,                   )
     a/k/a ERNESTO GALLEGOS-             )
20 |    HERNANDEZ,                       )
     a/k/a ERNESTO HERNANDEZ,            )
21                                       )
             Defendant.                  )
22 |_____)

23

24    On December 10, 2008, the parties in this case appeared before the Court for the

25 defendant's detention hearing. At that time, the parties requested, and the Court agreed, to set

26 the date for the defendant's preliminary hearing or arraignment on January 8, 2009. The parties

27 also requested that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time

28 limits set forth in FRCP 5.1(c) be extended through January 8, 2009. The parties agree that,

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70837 EMC                                                                                1

1  taking into account the public interest in prompt disposition of criminal cases, good cause exists
2  for this extension.
3       The defendant also agrees to exclude for this period of time any time limits applicable
4  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
5  reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The
6  parties also agreed that the ends of justice served by granting such a continuance outweighed the
7  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
8  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

12  DATED: December 10, 2008                    /s/
                                            TAREK J. HELOU
13                                          Assistant United States Attorney

15  DATED: December 10, 2008                    /s/
                                            JODI LINKER
16                                          Attorney for Defendant ERNESTO GALLEGOS

17       For the reasons stated above, the Court finds that the extension of time for the defendant's
18  preliminary hearing or arraignment through January 8, 2009 is warranted and that the ends of
19  justice served by the continuance outweigh the best interests of the public and the defendant in a
20  speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested
21  continuance would deny the defendant effective preparation of counsel, and would result in a
22  miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

24  SO ORDERED.

26  DATED: 12/11/08

                                            THE HONORABLE EDWARD M. CHEN
27                                          United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70837 EMC                                                                                    2