JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ERNESTO GALLEGOS, ) <br>     a/k/a ERNESTO GALLEGOS- ) <br>         HERNANDEZ, ) <br>     a/k/a ERNESTO HERNANDEZ, ) <br> ) <br>     Defendant. ) <br> _____ ) | CR No. 09-014 JSW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On January 8, 2009, the parties appeared before the Court for the defendant's arraignment. At that time, the parties requested, and the Court agreed, to exclude time between January 8, 2009 and January 15, 2009 because the government recently provided defense counsel with discovery, which defense counsel needs to review. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this

STIP. & [~~PROPOSED~~] ORDER EXCL. TIME
CR 08-70837 EMC                                                                                               1

1  extension.  The parties represented that granting the continuance was the reasonable time
2  necessary for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The
3  parties also agreed that the ends of justice served by granting such a continuance outweighed the
4  best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
5  SO STIPULATED:

  JOSEPH P. RUSSONIELLO
  United States Attorney

9  DATED: January 9, 2008                    /s/
  TAREK J. HELOU
10                                             Assistant United States Attorney

12  DATED: January 9, 2008                    /s/
  JODI LINKER
13                                             Attorney for Defendant ERNESTO GALLEGOS

14       For the reasons stated above, the Court finds that the extension of time between January
15  8, 2009 and January 15, 2009 is warranted and that the ends of justice served by the continuance
16  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
17  (h)(8)(A).  The failure to grant the requested continuance would deny the defendant effective
18  preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §
19  3161(h)(8)(B)(iv).

21  SO ORDERED.

23  DATED:___1/9/09_____
  THE HONORABLE ELIZABETH D. LAPORTE
24  United States Magistrate Judge

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70837 EMC                                                                                          2